No. 82–1555. PENNSYLVANIA PUBLIC UTILITY COMMISSION ET AL. v. CONSOLIDATED RAIL CORPORATION. Affirmed on appeal from C. A. 3d Cir.

No. 82–540. MISSISSIPPI v. SMITH, ATTORNEY GENERAL. Appeal from D. C. D. C. dismissed for want of jurisdiction.

No. 82–1513. ESCAMBIA RIVER ELECTRIC COOPERATIVE, INC. v. FLORIDA PUBLIC SERVICE COMMISSION ET AL. Appeal from Sup. Ct. Fla. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 82–6419. LACHER v. CITY OF BEMIDJI. Appeal from Sup. Ct. Minn. dismissed for want of substantial federal question.

No. 81–1063. UNITED STATES ET AL. v. MEEKS. C. A. 5th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *United States* v. *Rylander*, 460 U. S. 752 (1983).

No. — – —. IN RE STERN. Application for reinstatement as a member of the Bar of this Court denied.

No. 80–1640. UNITED STATES NUCLEAR REGULATORY COMMISSION ET AL. v. SHOLLY ET AL.; and

No. 80–1656. METROPOLITAN EDISON CO. ET AL. v. PEOPLE AGAINST NUCLEAR ENERGY ET AL., 459 U. S. 1194. Motion of respondents to retax costs denied. JUSTICE WHITE and JUSTICE BLACKMUN would grant this motion.

No. 82–6354. IN RE BROADWAY. Petition for writ of mandamus denied.